SAO
JOSH COLE AICKLEN
Nevada Bar No. 007254
   E-Mail: Josh.Aicklen@lewisbrisbois.com
DAVID B. AVAKIAN
Nevada Bar No. 009502
   E-Mail: David.Avakian@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants CEVA GROUND US, L.P. and AHMED MOHAMUD BARRE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| ISRAEL GUZMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>AHMED MOHAMUD BARRE, CEVA GROUND US LP, DOES I-V, and ROE CORPORATIONS I - V, inclusive,<br><br>    Defendants. | CASE NO.: 2:14-cv-01285-APG-CWH<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT IN ITS ENTIRETY WITH PREJUDICE AGAINST DEFENDANTS AHMED MOHAMUD BARRE AND CEVA GROUND US L.P.** |

**IT IS HEREBY STIPULATED AND AGREED** that Plaintiff, ISRAEL GUZMAN's Complaint and all related claims in the above-entitled action against Defendants,

/ / /

/ / /

4823-4807-1456.1

AHMED MOHAMUD BARRE and CEVA GROUND US L.P., are hereby dismissed with prejudice with each party to bear their own attorneys' fees and costs.

DATED this 17th day of November, 2014   DATED this 21st day of November, 2014

CHRISTENSEN LAW OFFICES, LLP.   LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____ #11743
Cara Xidis, Esq.
1000 S Valley View Blvd.
Las Vegas, NV 89107
Attorney for Plaintiff
ISRAEL GUZMAN

By _____
JOSH COLE AICKLEN
Nevada Bar No. 007254
DAVID B. AVAKIAN
Nevada Bar No. 009502
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
Attorneys for Defendants
AHMED MOHAMUD BARRE and CEVA GROUND US LP.

## ORDER FOR DISMISSAL WITH PREJUDICE

Upon stipulation of the parties, by and through their respective counsel of record,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's Complaint and any and all related claims in the above-entitled action against Defendants, AHMED MOHAMUD BARRE and CEVA GROUND US LP.. are hereby dismissed with prejudice with each party to bear their own attorneys' fees and costs.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted:

Dated this 21st day of November, 2014.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
JOSH COLE AICKLEN
Nevada Bar No. 007254
DAVID B. AVAKIAN
Nevada Bar No. 009502
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
Attorneys for Defendants
AHMED MOHAMUD BARRE and
CEVA GROUND US LP.